

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00114-CV

| | | |
|---|---|---|
| IN THE INTEREST OF J.L., E.M., AND D.M., JR., CHILDREN | § | On Appeal from |
| | § | County Court at Law No. 2 |
| | § | of Wichita County (13296-JR-F) |
| | § | September 3, 2020 |
| | § | Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion. The trial court must commence a new trial no later than 180 days after this court's mandate issues.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack